UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JASON LEE TACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:25-CV-00097 SNLJ |
| | ) | |
| EAST PRAIRIE, MISSOURI, | ) | |
| COLIN CECIL, | ) | |
| LORIE CHRISTIAN, and | ) | |
| OFFICER JOHN DOE | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ENTRY OF APPEARANCE

Comes now Timothy J. Reichardt of Reichardt Noce & Young LLC and hereby enters his

appearance on behalf of Defendants East Prairie, Missouri, Colin Cecil and Lorie Christian in the

above matter.

REICHARDT NOCE & YOUNG LLC

By: */s/ Timothy J. Reichardt*
Timothy J. Reichardt, #57684MO
Daniel T. Mooney,     #70256MO
12444 Powerscourt Dr. Ste. 160
St. Louis, MO  63131
Telephone No.: 314-789-1199
Fax No.: 314-754-9795
tjr@rnylaw.com
dtm@rnylaw.com
*Attorneys for Defendants*
*East Prairie, Missouri, Colin Cecil and*
*Lorie Christian*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of August, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system and served upon all parties of record via the Court's electronic filing system.  I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document, and sent a true and accurate copy by First Class U.S. Mail to:

Jason Lee Tackett
711 Mitchell St.
East Prairie, MO  63845

*/s/ Timothy J. Reichardt*