UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JASON LEE TACKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00097-SNLJ |
| ) | |
| EAST PRAIRIE, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case comes before the Court on multiple pending motions. First, self-represented Plaintiff Jason Tackett seeks leave to proceed *in forma pauperis*, or without prepayment of fees and costs. [Doc. 8]. Plaintiff's first request for *in forma pauperis* status was denied because Plaintiff's motion contained incomplete financial information. [*See* Doc. 7 at 2-4]. Based on the financial information provided in Plaintiff's second motion, the motion will be granted, and the filing fee will be waived. *See* 28 U.S.C. § 1915(a)(1).

Second, on August 13, 2025, Defendants filed a motion to dismiss and memorandum in support. [Docs. 13 & 14]. Two days later, Defendants filed a motion to withdraw the motion to dismiss and memorandum in support and asked the Court to replace those documents with amended pleadings filed on behalf of all Defendants *except* defendant John Doe. [Doc. 17]. An amended motion to dismiss and memorandum in support were attached to the motion to withdraw. For good cause shown, the motion to withdraw will be granted and the Clerk of Court will be directed to detach and docket the

amended filings. Plaintiff should respond to Defendants' amended motion to dismiss within the time allowed under Federal and Local Rules.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion for leave to proceed *in forma pauperis* [Doc. 8] is **GRANTED** and the filing fee is waived. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that Defendant's motion to withdraw [Doc. 17] is **GRANTED** and Defendants' motion to dismiss and memorandum in support [Docs. 13 & 14] are **WITHDRAWN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach Defendants' amended filings [Docs. 17-1 & 17-2] and docket them separately in this case.

**IT IS FINALLY ORDERED** that, if Plaintiff wishes to respond to Defendants' amended motion to dismiss, he shall do so in the time allowed under Federal and Local Rules. Plaintiff is warned that failure to respond to the motion could result in dismissal of this action without further notice.

Dated this 2nd day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE