UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JASON LEE TACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:25-cv-00097-SNLJ |
| | ) | |
| EAST PRAIRIE, MISSOURI, | ) | |
| COLIN CECIL, | ) | |
| LORIE CHRISTIAN, and | ) | |
| OFFICER JOHN DOE | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**DEFENDANTS CITY OF EAST PRAIRIE, MISSOURI, COLIN CECIL, AND LORIE CHRISTIAN'S AMENDED MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

COMES NOW Defendants, East Prairie, Missouri, Colin Cecil, and Lorie Christian ("Defendants"), by and through undersigned counsel, and for their Amended Motion to Dismiss Plaintiff's Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6), state as follows:

1.      For the reasons set forth in detail in Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint, the Second Amended Complaint should be dismissed because it fails to state a viable cause of action against Defendants.

2.      First, Plaintiff's Second Amended Complaint brought pursuant to 42 U.S.C. §1983 fails to state a claim because Plaintiff's allegations do not amount to an underlying violation of the Fourth or Fourteenth Amendments.

3.      Second, the allegations in Plaintiff's Second Amended Complaint do not state a potential basis for triggering municipal liability on one of the bases for doing so under *Monell v. Dept. of Soc. Svcs.*, 436 US 658 (1978) and its progeny.

4.      Third, the allegations in Plaintiff's Second Amended Complaint against Defendants Cecil, Christian and John Doe are barred, as Defendants have qualified immunity. "Qualified immunity shields public officials from liability for civil damages if their conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.'" *Dillard v. O'Kelley*, 964 F.3d 1048, 1052 (8th Cir. 2020) (quoting *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982)).

5.      Finally, Plaintiff's Second Amended Complaint seeks to recover punitive damages. For claims made pursuant to 42 U.S.C. §1983, punitive damages are not recoverable against a municipality. *City of Newport v. Facts Concerts, Inc.*, 453 U.S. 247 (1981).

6.      For the foregoing reasons, Defendants respectfully request that this Court dismiss Plaintiff's Second Amended Complaint with prejudice.

WHEREFORE, Defendants East Prairie, Missouri, Colin Cecil, and Lorie Christian respectfully request this Court dismiss Plaintiff's Second Amended Complaint with prejudice, and for any other and further relief that this Court deems just and proper under the circumstance.

REICHARDT NOCE & YOUNG LLC

By: */s/ Daniel T. Mooney*
Timothy J. Reichardt, #57684MO
Daniel T. Mooney,    #70256MO
12444 Powerscourt Dr. Ste. 160
St. Louis, MO  63131
Telephone No.: 314-789-1199
Fax No.: 314-754-9795
tjr@rnylaw.com
dtm@rnylaw.com
*Attorneys for Defendants*
*East Prairie, Missouri, Colin Cecil and*
*Lorie Christian*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system and served upon all parties of record via the Court's electronic filing system. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document, and sent a true and accurate copy by First Class U.S. Mail to:

Jason Lee Tackett
711 Mitchell St.
East Prairie, MO  63845

*/s/ Daniel T. Mooney*

3