UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JASON LEE TACKETT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-00097-SNLJ |
| CITY OF EAST PRAIRIE, MISSOURI, *et al.*, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. [Doc. 31]. Federal Rule of Appellate Procedure 24 requires a party seeking *in forma pauperis* status to file an affidavit demonstrating the party's inability to pay, asserting an entitlement to redress, and identifying the issues the party intends to present on appeal. Fed. R. App. P. 24(a)(1); *see also* 28 U.S.C. § 1915(a)(1). Plaintiff has not satisfied these requirements. Moreover, the Court finds that an appeal from the dismissal of this matter would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). As a result, the Court will deny the motion to proceed *in forma pauperis*.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Doc. 31] is **DENIED**. Plaintiff is advised that he may petition the Eighth Circuit Court of Appeals directly to seek *in forma pauperis* status. FED. R. APP. P. 24(a)(5).

**IT IS FURTHER ORDERED** that the Clerk of Court shall notify the Court of Appeals that this Court has denied the motion for leave to proceed *in forma pauperis* on appeal. *See* FED. R. APP. P. 24(a)(4)

**FINALLY, IT IS HEREBY CERTIFIED** that an appeal from the dismissal of this matter would not be taken in good faith.

**SO ORDERED** on this 29th day of October, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE